# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**
       **Plaintiff,**

  v.                                             **Case No. 16-CR-56**

**ALPHONSO MURPHY**
       **Defendant.**

## ORDER

**IT IS ORDERED** that the government file a response to defendant's motion for compassionate release on or before **June 26, 2020**. Defendant may file a reply on or before **July 10, 2020**.

Dated at Milwaukee, Wisconsin, this 12th day of June, 2020.

                                                s/ Lynn Adelman
                                              LYNN ADELMAN
                                              District Judge